**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Owner-Operator Independent Drivers Association, Inc., et al., | )<br>)<br>) |
| Plaintiffs, | )  No. CV-02-1059-PHX-PGR |
| vs. | ) |
| Swift Transportation Co., Inc. (AZ), et al., | )  ORDER<br>)<br>) |
| Defendants. | ) |

IT IS ORDERED that the plaintiffs' Notice of Withdrawal of Counsel for Plaintiff Wayne Bibicoff (doc. #315) is stricken from the record due to being filed in violation of LRCiv 83.3(b).

DATED this 12th day of May, 2006.

Paul G. Rosenblatt
United States District Judge